UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DOE and JASON HOUSTON,
on behalf of themselves and individually
and on behalf of all others similarly
situated,

    Plaintiffs,

v.                                      Case No: 8:25-cv-1623-WFJ-TGW

OCUCO, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Unopposed Motion to Transfer. Dkt. 19. In view of the related and earlier-filed case of *Barnes v. Ocuco, Inc.*, No. 8:25-cv-1579-MSS-AAS, which is pending before the Honorable Mary S. Scriven, this case is **TRANSFERRED** to Judge Scriven, with her knowledge and consent, for all further proceedings. The Clerk is directed to effectuate transfer.

**DONE** and **ORDERED** in Tampa, Florida on July 31, 2025.

                                                  s/*William F. Jung*
                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Hon. Mary S. Scriven
Counsel of Record